IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

Arthur Lee Hunter 199696 )
Full name and prison number ) 2010 APR -8 A 11:37
of plaintiff(s) )
 )  DEBRA P. HACKETT, CLK
v. Eastingling Department of Corrections )  U.S. DISTRICT COURT  CIVIL ACTION NO. 1:10-CV-302-ID
ALFA Insurance Company, Dothan, Al.) MIDDLE DISTRICT ALA. (To be supplied by Clerk of
 ) U.S. District Court)
D.D.C. ALFA Insurance Co, Et; Al, )
Dothan, Alabama. )
_____ )
_____ )
_____ )
_____ )
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the )
persons.) )

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court
        dealing with the same or similar facts involved in this
        action? YES ( ) NO (✓)

    B.  Have you begun other lawsuits in state or federal court
        relating to your imprisonment? YES ( ) NO (✓)

    C.  If your answer to A or B is yes, describe each lawsuit
        in the space below. (If there is more than one lawsuit,
        describe the additional lawsuits on another piece of
        paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff(s) _____None_____

            Defendant(s) _____None_____

        2.  Court (if federal court, name the district; if
            state court, name the county) _____

                                None

3. Docket number ___NonE___

4. Name of judge to whom case was assigned ___
   ___NonE___

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) ___
   ___NonE___

6. Approximate date of filing lawsuit ___NonE___

7. Approximate date of disposition ___NonE___

II. PLACE OF PRESENT CONFINEMENT ___ELBA Correctional Facility___
___Post Box 710 Elba AL. 36323___

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED ___Highway 231___
___After Yeild Sign, Pass Ross Clark Circle, Dothan, Alabama.___

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

   NAME                                    ADDRESS

1. Easterling Correctional Officers, Names Unknown, Incident Report
2. And Accident Report At City of Dothan Police Accident Investigation Reports, And the Private Citizen name Address And ALFA Insurance
3. Claim No. And Forms From Dothan Police Dept. Accident Reports on Jan. 19, 2010
4. While Sitting At the Yield Sign Awaiting to Enter Ross Clark Circle on Jan. 19, 2010.
5. Dothan Police Dept. has All informations, Drivers of D.D.C. Vehicles
6. And the Private Citizen that his D.D.C. Vichel From the Back.

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED ___On Or About___
___January 19, 2010 Myself And Two D.D.C. Officers Were Hit From the Rear Injureing my Neck + Lower back...___

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: Myself And two officer were Injured When the D.O.C. Prison Van Was Hit From the back by A Private Citizen in Dothan Ala. I have been Denied Medical Treatment till this Date And That Both D.O.C. Prisons Guards Has been Treated And Compensated Well From Private Citizen ALFA Insurance, In violation of my 14th Amendment Constitutional Rights And 8th Amendments Cruel + Unusual Punishment Suffering From Neck + Back Injuries High Blood Pressure being Denied Access to the Courts Accident Reports And Also The Department of Corections Incidents Reports From the Accident that I Suffers Injuries to my Neck And Lower Back, to this Date, I've Requsted on Several occasions to See A Doctors For Pain And Suffering And Was Denied Medical Treatment.

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

On January 19, 2010 I was Transported From Easterling Correctional Facility Clio Ala. To Dothan Ala. to See Doctor After Finishing Seeing Doctor in Dothan, Al. I was Transported back to Prison Wherefore After Yeilding At the Yeild Sign Awaiting to Enter Ross Clark Circle the D.O.C. Transport Van was hit From the Rear Very Very Hard Injuring my neck and Lower Back. I was not given any medical treatment At the Scene of the Accident. Dothan Police Arrived I explained that I needs Medical Treatment And were denied.

GROUND TWO:

Both D.O.C. Officers Have Recieved Medical Treatment And their Settlement For Injuries. Also D.O.C. Motor Have been Repaired From the Collision. Private Insurance Full Coverage ALFA. Private Citizen.

SUPPORTING FACTS: The Plaintiff Hunter has not Recieved Any medical Treatment, no X-Rays, Has not Given Any Legal Statements Concerning the Accident Nor His Injuries that He has Recieved in the Collision I've Sent Several Medical Request Begging For Medical Attention And Pain Medication For these Injuries and was denied. And till this Date the Plaintiff Have not Recieved Any Medical Attention, no X-Ray no Interview From Any State Investigators Concerning this Serious Accident. It has Caused Permenent Injuries to my Neck, Spine, and Lower Back Problems And severe Pains.

GROUND THREE:

SUPPORTING FACTS: the its been no Reports, Investigation, Nor Interviews X-Ray, Nor Even been Seen by Any State D.O.C. Physician, Nor Any Specialist Concerning this Accident, And Medical Treatments. Wherefore the Plaintiff prays that this Honorable Court will Grant this Complaint And Order the States Defendants to Supply And Furnish Copies of All Accident Reports From D.O.C. And the Dothan Police Dept., Copies of All Claims And Payments that D.O.C. Officials Has Recieved in Personal Settlements And Vehicles Repairs Claims From Private Citizen ALFA Insurance Co. And All D.O.C. Admin. Rules, Medical Records of ALFA Claims Settlements Concerning Rule, Regulation, And Guidelines in Addressing this Claims by Plaintiff Should be Attached to Defendants Sworn Written Report. Private Citizen Claim no. ALFA Insurance Co. Dothan, Ala And Zerox Copy of ALFA Ins. Co. Claim Settlement For Collision And Injuries to D.O.C. Officers. ..... Will be Needed For Trial.

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU.
MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

the Plaintiff, Arthur Hunter Prays that this Honorble Court will Issue And order the State D.O.C. to Release All Record And Files Concerning this Accident And Collission on Jan 19, 2010 Dothan Al. to Order the Plaintiff to be Treated For His neck And Back Injuries that he Receved in this Collision, And to Order A Federal Court Trial Granting Due Process 14th Amend Const. Rights, And to Sue the D.O.C. And ALFA Insurance Co. in Dothan, AL. For the Sumo of 1.5 Million dollars Punitive Damages, to Appoint Federal Lawyer And Counsels. Monetary Damages 8th Amend. Const.

Arthur Lee Hunter
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on 4-4-2010.
(Date)

Arthur Lee Hunter
Signature of plaintiff(s)

4

AuTHoR LEE HunTER 199646
PosT Box 702
ELbA, AlA 36323



UnITED STATE DisT. CouRTHouSE
PosT Box 711
MonTGomERy AlA 36101

"This correspondence is forwarded
from an Alabama state prisoner. The contents
have not been evaluated, and the Alabama
Department of ___ is not responsible
for the substance or content of the enclosed
communication."