IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| ARTHUR LEE HUNTER, #199 696, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 1:10-CV-302-ID |
| v. | ) | (WO) |
| | ) | |
| | ) | |
| EASTERLING, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **O R D E R**

Before the court are the Recommendation of the Magistrate Judge (Doc. #7) and Plaintiff's Objection to the Recommendation of the Magistrate Judge. (Doc. #8). Having conducted a *de novo* review of those portions of the Recommendation to which objections are made, it is CONSIDERED and ORDERED by this Court as follows:

1. Plaintiff's Objection to the Recommendation of the Magistrate Judge (Doc. #8) be and the same is hereby OVERRULED;

2. The Recommendation of the Magistrate Judge (Doc. #7) be and the same is hereby ADOPTED, APPROVED and AFFIRMED;

3. Plaintiffs' complaint against the Easterling Correctional Facility, the Alabama Department of Corrections, and the Alfa Insurance Company be and the same is hereby DISMISSED with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(i); and

1

4.      Plaintiff's complaint (Doc. #1) be and the same is hereby DISMISSED prior to service of process.

The Court will enter a separate final judgment.

The Court emphasizes that this order only forecloses suit against the defendants listed in the complaint. To the extent the Plaintiff seeks information related to the automobile accident, information may be available by writing to the Alabama Department of Public Safety, P.O. Box 1471, Montgomery, Alabama 36102.

Done this the 27th day of July, 2010.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE